## 76184. EASLEY v. CLEMENT.
### (383 SE2d 907)

BENHAM, Judge.

This court having entered on June 9, 1988, a judgment in the above-styled case (187 Ga. App. 799 (371 SE2d 416) (1988)), affirming in part and reversing in part the judgment of the trial court; and the judgment of this court having been reversed in part on certiorari by the Supreme Court in *Easley v. Clement*, 259 Ga. 107 (376 SE2d 860) (1989), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed in part and reversed in part. McMurray, P. J., and Pope, J., concur.*

DECIDED APRIL 14, 1989 —
REHEARING DENIED MAY 9, 1989.

*James W. McKenzie, Jr.*, for appellant.
*Donald R. Anderson*, for appellee.